AMERICAN CHICLE COMPANY, Respondent, v. PEQUOT MANUFACTURING COR-

PORATION, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The separate defense contained in the answer alleges full performance of the modified agreement for the period for which recovery is sought. No opinion. Manning, Young and Kapper, JJ., concur; Kelly, P. J., and Jaycox, J., dissent.